UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2016 OCT -5  AM 9:39

Herman Olaizola

_____
Write the full name of each plaintiff.

16 cv 3777 (CM)

(Include case number if one has been assigned)

-against-

Robert Foley NYPD Officer

**AMENDED COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-5-16

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Herman _____ Olaizola
First Name     Middle Initial     Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

13A3418

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Green Haven Correctional Facility
Current Place of Detention

P.O. Box 4000
Institutional Address

Stormville          N.Y.          12582
County, City          State          Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

Robert | Foley | 024963
First Name | Last Name | Shield #

New York Police Officer
Current Job Title (or other identifying information)

44th pct 2 East 169 st
Current Work Address

Bronx | NY | 10452
County, City | State | Zip Code

Defendant 2:

_____ | _____ | _____
First Name | Last Name | Shield #

Current Job Title (or other identifying information)

Current Work Address

_____ | _____ | _____
County, City | State | Zip Code

Defendant 3:

_____ | _____ | _____
First Name | Last Name | Shield #

Current Job Title (or other identifying information)

Current Work Address

_____ | _____ | _____
County, City | State | Zip Code

Defendant 4:

_____ | _____ | _____
First Name | Last Name | Shield #

Current Job Title (or other identifying information)

Current Work Address

_____ | _____ | _____
County, City | State | Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Grand Concourse 167st Bronx, N.Y.

Date(s) of occurrence: May 10th 2012 til June 18, 2013

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

See additional sheet 1A

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

VI. **RELIEF**

State briefly what money damages or other relief you want the court to order.

Plaintiff seeks compensatory damages in the amount of 500 thousand dollars for his unreasonable and illegal search and seizure.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: September 28, 2016

Plaintiff's Signature: Herman Olayola

First Name: Herman
Middle Initial: O
Last Name: Olayola  
(written as: O/a120/9)

Prison Address: Box 4000
County, City: Stormville
State: NY
Zip Code: 12582

Date on which I am delivering this complaint to prison authorities for mailing: 9/28/16

Page 6

Amended Complaint

1A

On May 10, 2012 I was given a ride in my sisters car Diana Olaizola from 161st by Madeline Ortiz. On 167st Grand Concourse we were side swiped by another vehicle on the express uptown lane of Grand Concourse. Both cars came to a halt on or about 168st Grand Concourse. With the car that swiped us in front. Madeline Ortiz and myself stepped out the car. I asked Ms. Ortiz to get on the small sidewalk (divider between local and express lane) as I went to assess the damage on the drivers side, being that it was my sister car. Office Robert Foley (shield number 624963) and his partner arrived. I explained to Officer Foley what happen that there was an accident. His partner went to speak to the occupants in the other cars. Officer Foley asked me if can search the car. I told him no along with Ms. Ortiz. When he was to no he became upset and asked me again and I said no once more. I witness his partner let the people he was questioning in the other car go after a brief conversation with Officer Foley. Even after an elderly couple told them the exact thing I told them and disregarding Ms. Madeline Ortiz testimony of the accounts that happen and telling Officer Foley she was the driver. They didn't acknowledge her whatsoever and told me to turn around I was under arrest for a weapon. As you can see by my rap sheet Officer Foley made up trumped up charges of a weapons charge. All his charges were dismiss 11 month later. I wasn't even arrainged on the weapons possesion his initial charge. He also falsified his paper work and search my sisters car illegally. I was arrested May 10, 2012 and he change his story when he wrote another incident report over 3 month later on 8/20/12 with different accounts of his arrest.

I included with this complaint documents which support my accounts. On June 18, 2013 I was not arraigned on the possesion of a weapons charge, criminal possesion of stolen property and aggravated unlicensed operation of motor vehicle. All other charges was dismiss June 18, 2013. Officer Foley searched my sisters car May 10, 2012 and again on May 11, 2012 and I was never transported to be arraigned at Bronx County Court. I am also waiting on the Bronx District Attorney to unseal my records from said case # 51311C-2012 that I've been waiting for several months.

*Herman Olaizola*

My complaint was submitted May 25, 2016. said case was dismiss on July 18, 2013 within the 3 year limitation for a 1983. I hope the courts toll the time from that date. I was aware of the charges being dismiss when I received the sealed and dismiss documents.

```
CRIMINAL COURT OF THE CITY OF NEW YORK         CERTIFICATE OF DISPOSITION
COUNTY OF BRONX                                      NUMBER:  109415

THE PEOPLE OF THE STATE OF NEW YORK
                VS
                                                   06/24/1964
OLIAZOLA, HERMAN                                Date of Birth
Defendant
                                                   4656145J
2463 MARION AVENU                               NYSID Number
Address
                                                   05/10/2012
BRONX            NY                             Date of Arrest/Issue
City          State   Zip
                                                Summons No:
Docket Number: 2012BX051311

120.20 220.03 VTL 5112AIV VTL 511 VTL 509 VTL 1212
Arraignment Charges


Case Disposition Information:

    Date           Court Action                 Judge                Part
 06/18/2013  DISMISSED AND SEALED            MOGULESCU,W             77-C
```

**DISMISSED**  **SEALED**  pursuant to Section 160.50 of the CP*

```
NO FEE CERTIFICATION

_ GOVERNMENT AGENCY      _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNE

  SOURCE   _ ACCUSATORY INSTRUMENT   _ DOCKET BOOK/CRIMS   _ CRC3030[CRS963]


        I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.
                                                 07/17/2013
GORDON, B                                           DATE         FEE: NONE
COURT OFFICIAL SIGNATURE AND SEAL


(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)
```

**THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER**
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

**Scott M. Stringer**
COMPTROLLER

015 - 165

Date: 03/28/2014

HERMAN OLAIZOLA 13A3418
DOWNSTATE CORRECTIONAL BX F, RED SCHLHSE RD
FISHKILL, NY 12524 - 0445

Claim no: 2013PI021531

Dear Sir or Madam:

Please be advised that the above referenced claim has been investigated and evaluated. We are prepared to offer the amount of $▓▓▓▓ as full settlement of this claim.

If this offer is acceptable, please complete the enclosed release and return it to this office. This offer is made without prejudice to either party.

**If you don't respond to this offer within 30 days, it will be assumed that the offer is rejected.**

If you wish to discuss this matter further, please contact me at the telephone number indicated below.

Very truly yours,

*[signature]*
ANASTASIA PEREZ

Division: PERSONAL INJURY DIV.
Phone: (212) 669-2251
Fax No: _____

BRONX SUPREME COURT
CRIMINAL DIVISION

THE PEOPLE OF THE STATE OF NEW YORK

v.

1. HERMAN OLIAZOLA M/47
   Arrest# B12637334

STATE OF NEW YORK
COUNTY OF THE BRONX

Defendant

PO ROBERT FOLEY of 44 PCT, Shield# 024963, states that on or about May 10, 2012 at approximately 11:15 AM at Northeast corner Grand Concourse and East 167 Street, County of the Bronx, State of New York,

THE DEFENDANT COMMITTED THE OFFENSES OF:

| | | |
|---|---|---|
| 1 (M) P.L. 120.20 | | Reckless Endangerment 2^ DQO |
| 2 (M) P.L. 220.03 | | Criminal possession of a controlled substance in the seventh degree DQO |
| 3 (M) V.T.L. 511(1)(a) | | Aggravated Unlicensed Operation of a Motor Vehicle |
| 4 (M) V.T.L. 511(2)(a)(iv) | | Aggravated Unlicensed Operation of a Motor Vehicle |
| 5 (M) V.T.L. 1212 | | Reckless Driving |
| 6 (V) V.T.L. 509(1) | | Violations of the Vehicle and Traffic Law |

IN THAT THE DEFENDANT DID: recklessly engage in conduct which created substantial risk of serious physical injury to another person; knowingly and unlawfully possesses a controlled substance; operate a motor vehicle upon a public highway while knowing or having reason to know that his license or privilege of operating a motor vehicle in this state or privilege of obtaining a license to operate such motor vehicle issued by the commissioner of motor vehicles was suspended, revoked or withdrawn by the commissioner; operate a motor vehicle upon a public highway while knowing or having reason to know that his license or privilege of operating a motor vehicle in this state or privilege of obtaining a license isssued to operate such motor vehicle by the commissioner of motor vehicles was suspended, revoked or withdrawn and defendant has in effect three or more suspensions on at least three different dates for failure to answer, appear or pay a fine pursuant to VTL 226(3) or VTL 510(4)(a); drive or use a vehicle propelled by a power other than muscular power in a manner which unreasonably interfered with the free and proper use of the public highway, or unreasonably endangered users of the public highway and operate or drive a motor vehicle upon a public highway of this state or upon any sidewalk or to or from any  lot adjacant to a public garage, supermarket, shopping center or car washing establishment or to or from or into a public garage or car washing establishment unless he is duly licensed pursuant to the provisions of this chapter..

THE GROUNDS FOR THE DEPONENT'S BELIEF ARE AS FOLLOWS:

Page 1 of 3

002103574

Deponent states, that based upon his training and experience, which includes training in the recognition of controlled substance, and its packaging, the aforementioned substance is alleged and believed to be HEROIN.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE
AS A CLASS A MISDEMEANOR PURSUANT TO P.L. 210.45

( 08/20/2012 (10:01) )
DATE and TIME                               SIGNATURE

002103574                Page 3 of 3




**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **2000098827**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **44TH PCT.** | | | | | **OPEN** |
| Invoice Date | Property Type | | | | Property Category |
| **05/10/2012** | **GENERAL PROPERTY** | | | | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing | POM | FOLEY, ROBERT | 934873 | 44TH PRECINCT | OCME EU No. |
| Arresting | POM | FOLEY, ROBERT | 934873 | 44TH PRECINCT | OCME FB No. |
| Investigating | N/A | | | | Police Lab Evid Ctrl. No. |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No    N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No.    N/A |

| Item | Total QTY | Article(s) | PETS No | Pkg QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | CELL PHONE<br>COLOR: BLACK MAKE: BLACKBERRY MODEL: 8530<br>IMEI #: N/A | 1200976089 | 1 | |
| 2 | 1 | CELL PHONE - ACCESSORIES<br>COLOR: OTHER<br>CELLPHONE COVER | 1200976089 | 1 | |
| 3 | 1 | BATTERY<br>COLOR: BLUE<br>CELLPHONE BATTERY | 1200976089 | 1 | |

**REMARKS:**
934873 05/10/2012 20:22 : AT TPO THE ABOVE ITEMS WERE VOUCHERED AS ARREST EVIDENCE

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 05/10/2012 | 26502/CRIM POSS WEAPON | FELONY | N/A | ACCEPTED |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|
| 1   OLIAZOLA, HERMAN | 06/24/1964 | 47 | 2463 MARION AVENUE, 21, BRONX, NY | B12637334 | 04656146J |

| | Name | Tax No | Address | Phone No |
|---|---|---|---|---|
| Finder(s) | | | | |
| Owner(s) | OLIAZOLA, HERMAN | | 2463 MARION AVENUE, 21, BRONX, NY | |
| Complainant(s) | PSNY | | | |
| Complainant(s) | | | | |
| Complainant(s) | | | | |

Complaint No    2012-044-5907
Related Comp No.(s)    N/A
Aided/Accident No.(s)   N/A


Invoice No. **2000098827**

Property Clerk Copy
printed 05/10/2012 22:07

PCD Storage No. —

Page No 1 of 2

Received:    Fax:718-590-5557    May 11 2012 11:31am    May 11 2012 11:29am    P006/007

 

NYPD **PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. 2000098827

| Related Invoice(s) | N/A | | | | | |
|---|---|---|---|---|---|---|
| Approvals | Rank | Name | Tax No. | Command | Date | Time |
| Entered By | POM | FOLEY, ROBERT | 934873 | 44TH PRECINCT | 05/10/2012 | 20:14 |
| Invoicing Officer | POM | FOLEY, ROBERT | 934873 | 44TH PRECINCT | 05/10/2012 | 20:24 |
| Approved By | SGT | BOPP, MICHAEL | 928749 | 44TH PRECINCT | 05/10/2012 | 21:40 |



Invoice No. 2000098827

Property Clerk Copy
printed: 05/10/2012 22:07

PCO Storage No. —

Page No. 2 of 2




**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **2000099049**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **44TH PCT.** | | | | | **UNAPPROVED** |
| Invoice Date | Property Type | | | | Property Category |
| **05/11/2012** | **GENERAL PROPERTY** | | | | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No. | Command | | | |
|---|---|---|---|---|---|---|---|
| Invoicing | POM | FOLEY, ROBERT | 934873 | 44TH PRECINCT | OCME, EU No. | | |
| Arresting | POM | FOLEY, ROBERT | 934873 | 44TH PRECINCT | OCME, FB No. | | |
| Investigating | N/A | | | | Police Lab Evid. Cntl. No. | | |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. | N/A | |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. | N/A | |

| Item | Total QTY | Article(s) | | | PETS No. | Pkg QTY | Disposition |
|---|---|---|---|---|---|---|---|
| 1 | 2 | INSTRUMENT<br>COLOR: CHROME/STAINLESS STEEL<br>LOCK PICKS | | | 1200976124 | 2 | |

**REMARKS:**
934873 05/11/2012 13:26 : AT TPO THE ABOVE ITEMS WERE VOUCHERED AS ARREST EVIDENCE

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 05/10/2012 | 28502/CRIM POSS WEAPON | FELONY | N/A | REFUSED |

| Prisoner(s) | Name | D.O.B. | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|---|
| 1 | OLIAZOLA, HERMAN | 06/24/1964 | 47 | 2463 MARION AVENUE, 21, BRONX, NY | B12637334 | 04656145J |

| | Name | Tax No. | Address | Phone No. |
|---|---|---|---|---|
| Finder(s) | | | | |
| Owner(s) | OLIAZOLA, HERMAN | | 2463 MARION AVENUE, 21, BRONX, NY | |
| Complainant(s) | PSNY | | | |
| Complainant(s) | BANANOV, SVETOSLAV | | 4751 40TH STREET, 3A, QUEENS, NY | |
| Complainant(s) | LESUEUR, ERIC | | 4751 40 STREET, 5A, QUEENS, NY | |

| Complaint No. | 2012-044-5907 |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

Invoice No. **2000099049**

**Property Clerk Copy**
printed: 05/11/2012 15:26

PCD Storage No. --

Page No. 1 of 2

Received:    Fax:    May 11 2012 03:32pm    May 11 2012 03:31pm   P001/002

 

Invoice No. **2000099049**

| Approvals | Rank | Name | Tax No | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | FOLEY, ROBERT | 934873 | 44TH PRECINCT | 05/11/2012 | 13:23 |
| Invoicing Officer | POM | FOLEY, ROBERT | 934873 | 44TH PRECINCT | 05/11/2012 | 13:27 |

*R. Foley*

NO ↑ SUPERVISOR Sign



Invoice No. **2000099049**

Property Clerk Copy
printed: 05/11/2012 15:26

PCD Storage No. —

Page No 2 of 2

October 02, 2012
**Returned On Warrant**

October 02, 2012
**Transferred**

June 18, 2013
**Dismissed CPL160.50**
- Reckless Endangerment-2nd Degree
  PL 120.20    Class A   Misdemeanor   NCIC 7099
- Criminal Possession Controlled Substance- 7th Degree
  PL 220.03    Class A    Misdemeanor    NCIC 3599
- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
  VTL 0511   Counts: 2   Class U   Misdemeanor    NCIC 5499
- Reckless Driving
  VTL 1212   Class U  Misdemeanor  NCIC 5499
- General Violation Vehicle Traffic Law
  VTL          Violation         NCIC 5499

June 19, 2013
**Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50**

-- **Court:** Bronx County Supreme Court   **Case Number:** 51311C-2012

October 05, 2012
**Initial Report Of Docket Number**
- Reckless Endangerment-2nd Degree
  PL 120.20              Class A     Misdemeanor     NCIC 7099
- Criminal Possession Controlled Substance- 7th Degree
  PL 220.03              Class A    Misdemeanor    NCIC 3599
- Reckless Driving
  VTL 1212               Class U    Misdemeanor    NCIC 5499
- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
  VTL 0511   Counts: 2   Class U    Misdemeanor    NCIC 5499
- General Violation Vehicle Traffic Law
  VTL                              Violation         NCIC 5499

June 18, 2013
**Returned To Lower Court**
- Reckless Endangerment-2nd Degree
  PL 120.20    Class A   Misdemeanor    NCIC 7099
- Criminal Possession Controlled Substance- 7th Degree
  PL 220.03         Class A    Misdemeanor       NCIC 3599
- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
  VTL 0511    Counts: 2   Class U   Misdemeanor    NCIC 5499
- Reckless Driving
  VTL 1212   Class U  Misdemeanor  NCIC 5499
- General Violation Vehicle Traffic Law
  VTL          Violation          NCIC 5499

June 18, 2013
**Not Arraigned**
- Crim Possession Weapon-3rd Degree:Possess Firearm-Previous Conviction
  PL 265.02  Sub 05II                  Class D      Felony    NCIC 5299
- Criminal Possession Stolen Property-5th Degree
  PL 165.40      Class A    Misdemeanor      NCIC 2804
- Aggravated Unlicensed Operation Motor Vehicle-3rd Degree
  VTL 0511  Sub 01         Class U   Misdemeanor     NCIC 5499

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000
NAME: Herman Olizola   DIN: 13A3418

GREEN HAVEN CORRECTIONAL FACILITY

NEOPOST
09/30/2016
US POSTAGE $000.8
FIRST-CLASS

USM SDN P3

Legal Mail

Pro-Se
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

Recycled Paper

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM
NAME: Herman Olizola   DIN: 13A3418